# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.A.S.A. TRADING, INC. dba Coral Textiles, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CLO APPAREL, INC. dba Cleo Casual, a California corporation; DESIGN BY NATURE, LLC dba ITEX, a California limited liability company; S & J APPAREL, INC., a California corporation; NOVELTY FABRICS, INC., a California corporation; CHRISTIAN PARK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 15-09954-AB (ASx)<br><br>[Assigned for all purposes to Hon. André Birotte Jr., judge presiding]<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint Filed: December 29, 2015 |

Pursuant to this Court's Order dated May 16, 2018 granting the Application for Entry of Default Judgment filed by Plaintiff B.A.S.A. Trading, Inc.'s ("Plaintiff") against Defendants Design by Nature, LLC dba ITEX ("ITEX") and Novelty Fabrics, Inc. ("Novelty Fabrics")(collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Defendant ITEX shall pay Plaintiff damages in the amount of $19,220.30;
2. Defendant Novelty Fabrics shall pay Plaintiff damages in the amount of $4,111.75; and
3. Plaintiff is entitled to post-judgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

It is further ORDERED, ADJUDGED, AND DECREED that Defendants, along with their respective directors, officers, partners, associates, affiliates, agents, servants, employees, shareholders, representatives, and assigns, and all others under their control or in active concert or participation with them are permanently restrained, enjoined, and prohibited from:

   a. Creating, distributing, marketing, or using designs that are identical or substantially similar to Plaintiff's CPTD101 PRINT design bearing United States Copyright Office Registration No. VA 1-924-489 ("Design");
   b. Manufacturing, distributing, marketing, or selling any unauthorized products or goods ("Infringing Goods") that bear Plaintiff's Design or any other designs that are substantially similar to Plaintiff's Design;
   c. Applying for or registering the Design or designs that are substantially similar to Plaintiff's Design with the United States Copyright Office;
   d. Representing by any method, directly or indirectly, that any products, goods, or actions of Defendants, or Defendants themselves, is

sponsored, endorsed, or authorized by, or affiliated with, Plaintiff; and otherwise taking any action or engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, customers, and/or members of the public to believe that any actions of Defendants, and products sold by Defendants, and/or Defendants themselves is connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, and/or is affiliated with Plaintiff; and

e. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs.

**IT IS SO ORDERED.**

Dated: June 13, 2018

Honorable André Birotte, Jr.
United States District Judge